# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

```
UNITED STATES OF AMERICA

vs.                              NO.   4:06CR00320-001 SWW

VERLYNIN LAMAR BUCKLEY
```

### ORDER

Due to a conflict with the Court's schedule, the hearing on the government's petition to revoke supervised release in the above matter set for Friday, May 4, 2012, at 9:00 a.m. is continued until a date that will be set by separate order.

IT IS SO ORDERED this 2nd day of May, 2012.

```
                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE
```