**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:06CR00320-001  SWW

VERLYNIN LAMAR BUCKLEY

## ORDER

The above entitled cause came on for hearing May 16, 2012 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motion [doc #64]. Defendant shall serve a term of imprisonment of ***TWENTY (20) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant's learning disability be addressed at a medical facility, if necessary; and that defendant participate in non-residential substance abuse treatment during incarceration.

The remaining special assessment in the amount of $75.00 is mandatory and is payable to the U. S. District Court, Eastern District of Arkansas, during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him.

There will be ***NO*** supervised release to follow.

The defendant is remanded to custody of the U. S. Marshal Service.

IT IS SO ORDERED this 16th day of May 2012.

/s/Susan Webber Wright

United States District Judge